James Conran, appellee, v. Helen Hutchins, appellant. Gen. No. 29,911.

Action to recover damages to automobile sustained in collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. David A. Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

F. J. Canty, for appellant; George W. Lennon, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Louis Cohn, defendant in error, v. New Jersey Fidelity and Plate Glass Insurance Company, plaintiff in error. Gen. No. 29,941.

Action on insurance policy. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 28, 1925.

Weissenbach, Hartman, Craig & Okin, for plaintiff in error; Harry Okin, of counsel. Harry D. Knight, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

F. M. Paist Company, appellant, v. William Lagocki, appellee. Gen. No. 30,002.

Action for goods sold and delivered. Suit dismissed. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 28, 1925.

Harvey B. Cross, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Augusta Kunde, defendant in error, v. Joel Prentice, defendant below. Mrs. John Lambert, garnishee, plaintiff in error. Gen. No. 30,018.

Garnishment proceedings. Motion to vacate judgment against garnishee. Motion denied. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 28, 1925.

Edward H. Morris and James B. Cashin, for plaintiff in error. Beckman, Olson & Hough, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Joseph Rinnella and Leo Rinnella, trading as Rinnella Brothers, for use of Sam Pullano, appellees, v. Fort Dearborn Fire Underwriters of Chicago, appellant. Gen. No. 30,046.

Garnishment proceedings. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 28, 1925.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.